# EXHIBIT A

State of New York - Department of State
Division of Corporations

Party Served:
THE STOP & SHOP SUPERMARKET COMPANY LLC

Plaintiff/Petitioner:
GORDON, INGA

THE STOP & SHOP SUPERMARKET COMPANY LLC
1385 HANCOCK STREET
QUINCY, MA 02169

Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of State on 02/28/2020 pursuant to SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.

Very truly yours,
Division of Corporations

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------x
INGA GORDON,

                        Plaintiff/Petitioner,

      - against -                      Index No. 701179/2020

THE STOP & SHOP SUPERMARKET
                Defendant/Respondent.
-----------------------------------------------------------------x

### NOTICE OF ELECTRONIC FILING
(Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

Information for Attorneys
(E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center. (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 2/4/20

SCOTT L. WISS
Name

Levine and Wiss PLLC
Firm Name

510 Hempstead Turnpike, Suite 206
Address

West Hempstead, NY 11552

(516) 747-3222
Phone

swiss@lawpllc.com
E-Mail

To: The Stop; Shop Supermarket Company LLC
1385 Hancock Street
Quincy MA 02169

6/6/18

Index #     Page 2 of 2     EFM-1

FILED: QUEENS COUNTY CLERK 02/04/2020 03:20 PM
NYSCEF DOC. NO. 1

INDEX NO. 701958/2020
RECEIVED NYSCEF: 02/04/2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------X
INGA GORDON

                      Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET
COMPANY LLC
                      Defendant.
-------------------------------------------------------X

Index No.:
Date Purchased:

**SUMMONS**

Plaintiff designates
Queens County as
the place of trial.

The basis of venue is
Plaintiff's residence

Plaintiff resides at:
318 Beach 67th Street
Arverne, NY 11692

**To the above named Defendant:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:    West Hempstead, New York
             February 4, 2020

LEVINE AND WISS, PLLC

By: _____
      SASHA SHAFEEK
Attorneys for Plaintiff
INGA GORDON
510 Hempstead Turnpike, Suite 206
West Hempstead, New York 11552
(516) 747-3222
File #: LAW 3654/SS.uc

LEVINE AND WISS, PLLC
Attorneys at Law
510 Hempstead Tpke
W. Hempstead, NY 11552
(516) 747-3222

1 of 8

Case 1:20-cv-05538-ENV-RML Document 1-2 Filed 11/13/20 Page 6 of 13 PageID #: 12
Received Date: 2020-03-27

FILED: QUEENS COUNTY CLERK 02/04/2020 03:20 PM
NYSCEF DOC. NO. 1

INDEX NO. 701958/2020
RECEIVED NYSCEF: 02/04/2020

**DEFENDANT'S ADDRESS:**

**THE STOP & SHOP SUPERMARKET COMPANY LLC**
1385 Hancock Street
Quincy, MA 02169
*Via Secretary of State*

LEVINE AND WISS, PLLC
Attorneys at Law
510 Hempstead Tpke
W. Hempstead, NY 11552
(516) 747-8222

FILED: QUEENS COUNTY CLERK 02/04/2020 03:20 PM
NYSCEF DOC. NO. 1
INDEX NO. 701958/2020
RECEIVED NYSCEF: 02/04/2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------X
INGA GORDON,

                               Index No.:

                  Plaintiff,

      -against-                            **COMPLAINT**

THE STOP & SHOP SUPERMARKET COMPANY LLC

                  Defendant.
-------------------------------------------------------------------X

       Plaintiff, INGA GORDON by her attorneys, LEVINE AND WISS PLLC, complaining of the defendants, respectfully alleges, upon information and belief:

       1.    That at the time of the commencement of this action, plaintiff INGA GORDON resides in the County of Queens, City and State of New York.

       2.    That the cause of action alleged herein arose in the County of Queens, City and State of New York.

       3.    That this action falls within one or more of the exceptions set forth in CPLR §1602.

       4.    That at all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York.

       5.    That at all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC was and still is a foreign business corporation duly

LEVINE AND WISS, PLLC
Attorneys at Law
510 Hempstead Tpke
W. Hempstead, NY 11552
(516) 747-3222

FILED: QUEENS COUNTY CLERK 02/04/2020 03:20 PM                INDEX NO. 701958/2020
NYSCEF DOC. NO. 1                                               RECEIVED NYSCEF: 02/04/2020

authorized to do business in the State of New York.

6. That at all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC was and still is a foreign business corporation duly authorized to do business in the State of Delaware.

7. That at all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC was and still is a domestic partnership duly organized and existing pursuant to the laws of the State of New York.

8. That at all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC was and still is a foreign partnership duly organized and existing pursuant to the laws of the State of New York.

9. That at all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC does business in the State of New York.

10. That at all times hereinafter mentioned, defendant, THE STOP & SHOP SUPERMARKET COMPANY LLC, maintained a place of business in the State of New York.

11. That at all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC, owned the premises located at 70-02 Rockaway Beach Boulevard, Arverne, New York 11692.

12. That at all times hereinafter mentioned, on or about July 9, 2018, defendant THE STOP AND SHOP SUPERMARKET COMPANY LLC was the owner of the property located at at 70-02 Rockaway Beach Boulevard, Arverne, New York 11692.

LEVINE AND WISS, PLLC
Attorneys at Law
510 Hempstead Tpke
W. Hempstead, NY 11552
(516) 747-3222

Case 1:20-cv-05538-ENV-RML Document 1-2 Filed 11/13/20 Page 9 of 13 PageID #: 15
Received Date: 2020-03-27
FILED: QUEENS COUNTY CLERK 02/04/2020 03:20 PM
NYSCEF DOC. NO. 1
INDEX NO. 701958/2020
RECEIVED NYSCEF: 02/04/2020

13. That at all times hereinafter mentioned, defendant THE STOP AND SHOP SUPERMARKET COMPANY LLC leased the aforesaid premises.

14. That at all times hereinafter mentioned, defendant THE STOP AND SHOP SUPERMARKET COMPANY LLC operated a store at the aforesaid premises.

15. That at all times hereinafter mentioned, defendant THE STOP AND SHOP SUPERMARKET COMPANY LLC operated the aforesaid premises.

16. That at all times hereinafter mentioned, defendant THE STOP AND SHOP SUPERMARKET COMPANY LLC maintained the aforesaid premises.

17. That at all times hereinafter mentioned, defendant THE STOP AND SHOP SUPERMARKET COMPANY LLC managed the aforesaid premises.

18. That at all times hereinafter mentioned, defendant THE STOP AND SHOP SUPERMARKET COMPANY LLC controlled the aforesaid premises.

19. That at all times hereinafter mentioned, defendant THE STOP AND SHOP SUPERMARKET COMPANY LLC inspected the aforesaid premises.

20. That at all times hereinafter mentioned, defendant THE STOP AND SHOP SUPERMARKET COMPANY LLC repaired the aforesaid premises.

21. That on July 9, 2018, plaintiff INGA GORDON was lawfully at the aforesaid premises.

22. That on July 9, 2018, while plaintiff INGA GORDON was lawfully at the aforesaid premises, plaintiff was caused to slip and fall due to liquid on the floor thereat causing her to sustain severe and permanent injuries.

LEVINE AND WISS, PLLC
Attorneys at Law
510 Hempstead Tpke
W. Hempstead, NY 11552
(516) 747-3222

23. That the defendant, their agents, servants and/or employees were negligent, reckless and careless in the possession, control, supervision, direction, inspection, control, maintenance, repair and management of the aforesaid premises.

24. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of defendants without any fault or negligence on the part of the plaintiff INGA GORDON contributing thereto.

25. The above-mentioned occurrence, and the results thereof, were caused by the negligence of the defendants and/or said defendants' agents, servants, employees, contractors and/or licensees in the ownership, operation, management, maintenance and control of the aforesaid premises.

26. That by reason of the foregoing, plaintiff INGA GORDON has been damaged in a sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

LEVINE AND WISS, PLLC
Attorneys at Law
510 Hempstead Tpke
W. Hempstead, NY 11552
(516) 747-3222

FILED: QUEENS COUNTY CLERK 02/04/2020 03:20 PM
NYSCEF DOC. NO. 1
INDEX NO. 701958/2020
RECEIVED NYSCEF: 02/04/2020

WHEREFORE, plaintiff demands judgment against the defendant in a sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action; together with costs and disbursements of this action.

Dated: West Hempstead, New York
February 4, 2020

Yours, etc.

LEVINE AND WISS, PLLC

By: _____
SASHA SHAFEEK
Attorneys for Plaintiff
INGA GORDON
510 Hempstead Turnpike, Suite 206
West Hempstead, New York 11552
(516) 747-3222
File #: LAW 3654/SS.uc

LEVINE AND WISS, PLLC
Attorneys at Law
510 Hempstead Tpke
W. Hempstead, NY 11552
(516) 747-3222

7 of 8

FILED: QUEENS COUNTY CLERK 02/04/2020 03:20 PM

Index No.                                    Year

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

ERIC A. GORDON

                                    Plaintiff,

        -against-

THE STOP & SHOP SUPERMARKET COMPANY, LLC,

                                    Defendant.

## SUMMONS AND COMPLAINT

### LEVINE AND WISS, PLLC
*Attorneys for Plaintiff*
*Office and Post Office Address, Telephone*
510 HEMPSTEAD TURNPIKE, SUITE 206
WEST HEMPSTEAD, NEW YORK 11552
(516) 747-3222

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained on the annexed document are not frivolous, and that we are in compliance with the remaining sections thereof and with Section 22 NYCRR 1200.41-a.

Dated: February 4, 2020        Signature _____
                               Print Signer's Name: Sasha Shaferets, Esq.

Service of a copy of the within _____ is hereby admitted.
Dated:
Attorneys for _____

Sir: — PLEASE TAKE NOTICE

☐          that the within is a *(certified)* true copy of a
           duly entered in the office of the clerk of the within named court on
NOTICE OF
ENTRY

☐          that an Order of which the within is a true copy will be presented for settlement to the
           Hon. _____ one of the judges of the within named court, at
NOTICE OF
SETTLEMENT on _____ at _____ AM.
Dated:
                                    Yours, etc.
                                    LEVINE AND WISS, PLLC
                                    *Attorneys for Plaintiff*
                                    *Office and Post Office Address, Telephone*
                                    510 HEMPSTEAD TURNPIKE, SUITE 206
                                    WEST HEMPSTEAD, NEW YORK 11552
                                    (516) 747-3222

8 of 8

**DEPARTMENT OF STATE**
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

Return Services Requested



USPS CERTIFIED MAIL

9214 8969 0059 7932 0831 70

202003130618
THE STOP & SHOP SUPERMARKET COMPANY LLC
1385 HANCOCK STREET
QUINCY MA, 02169